IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON MCMORRIS,<br><br>           Plaintiff,<br><br>   vs.<br><br>JPMORGAN CHASE BANK, N.A., and BLOCK INC. d/b/a CASH APP,<br><br>           Defendants. | 4:24CV3025<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

      Plaintiff commenced this action on February 1, 2024. (Filing No. 1). On February 8, 2024, Plaintiff filed a Return of Service purporting to show Defendant Block, Inc. d/b/a Cash App. was personally served through its registered agent on February 6, 2024. (Filing No. 7). To date, Defendant Block Inc. has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action against Defendant Block, Inc. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss Block Inc. as a defendant, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action must be dismissed as to Defendant Block, Inc. Accordingly,

      **IT IS ORDERED:** On or before **April 5, 2024**, Plaintiff must show cause why Plaintiff's claims as to Defendant Block, Inc. d/b/a Cash App. should not be dismissed for failure to prosecute, or take some other appropriate action.

      Dated this 19th day of March, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge