# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JASON McMORRIS,** | |
| Plaintiff, | 4:24CV3025 |
| vs. | ORDER |
| **JPMORGAN CHASE BANK, N.A., and BLOCK INC.,** | |
| Defendants. | |

Upon notice of settlement with Block, Inc., d/b/a Cash App, given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 6, 2024**, the plaintiff and defendant Block, Inc., d/b/a Cash App, shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the plaintiffs' claims against Block Inc., d/b/a Cash App; and

2. Absent compliance with this order, the plaintiff's claims against Block, Inc., d/b/a Cash App, may be dismissed without further notice.

Dated this 20th day of March, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge
.