# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON MCMORRIS,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | 4:24CV3025<br><br>ORDER |

This matter is before the Court following a telephone conference held with counsel for the parties on August 7, 2024, during which counsel jointly notified the undersigned magistrate judge that they have settled their claims.  Accordingly,

**IT IS ORDERED:**

1. On or before **September 9, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 7th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge